ORIGINAL

**MEMO ENDORSED**

June 24, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/24

<u>Via CM/ECF</u>

Hon. Louis L. Stanton
U.S. Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: USG v. Ectek International, Inc.

    Court No. 1:23-cv-03459

Dear Judge Stanton:

  Consistent with Your Honor's Individual Practices and S.D.N.Y. Local Rule 37.2, United States Gypsum Company ("USG") requests an extension of one week, or until July 1, 2024, to respond to Ectek International, Inc.'s counterclaim.

  Due to delays in Hague Convention service, outside of any parties' control, Ectek International, Inc.'s answer and counterclaim were filed on June 3, 2024. Ectek International, Inc.'s counterclaim alleges violations of the Lanham Act and tortious interference with contract.

  Under Federal Rules of Civil Procedure Rule 12, a party must answer a counterclaim within 21 days after being served. Here, under Rule 12, USG has until June 24, 2024, to answer Ectek International, Inc.'s counterclaim. Due to unforeseen circumstances, USG requests an extension of one week, or until July 1, 2024, to respond to Ectek International, Inc.'s counterclaim.

  This request is not for dilatory purpose or delay, but rather it is for good cause. This is the second time the parties have requested an extension of time and both parties consent to the extension. No deadlines on the Amended Scheduling Order or pre-trial deadlines will be affected by this reasonable extension of time.

  Accordingly, USG respectfully requests that the Court enter an order granting USG to respond to Ectek International, Inc.'s counterclaim on or by June 1, 2024. We thank Your Honor for the Court's time and consideration on this letter.

      Respectfully submitted,

      UNITED STATES GYPSUM COMPANY

      Kelly Jones Howell, Esq. *(KEJ-7804)*
      Brendan M. Palfreyman, Esq.*(BP-9405)*
      **HARRIS BEACH PLLC**

*Handwritten annotation:* Granted / Louis L Stanton / 6/24/24

1

#10579242.1

100 Wall Street, 23rd Floor
New York, NY 10005
Telephone: (212) 687-0100
Facsimile: (212) 687-0659
khowell@harrisbeach.com
*Of Counsel*

Michael W. Drumke, Esq.
T. Allon Renfro, Esq.
Isabella A. Masini, Esq. (*PHV forthcoming*)
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
(312) 321-0990 fax
*Attorneys for Plaintiff*
*United States Gypsum Company*

#10579242.1