ORIGINAL



John W. Barker
Gary W. Patterson, Jr.*
Jeffrey R. Nichols*
Mamie Stathatos-Fulgieri
Dylan Braverman
Kiki Chrisomallides*
Scott A. Singer
Gregg D. Weinstock*** ■ ¤
Adam S. Covitt **
Megan A. Lawless‡
Ralph Vincent Morales

Kevin D. Porter
Susan Vari
Brian Andrews
Edward J. Arevalo
Robert Boccio
Dawn Bristol
Gilbert H. Choi
Joshua R. Cohen
Charles K. Faillace ±

Danielle M. Hansen
Anna Hock
Thomas Jaffa
Gemma Kenney ***
Douglas Langholz
Timothy P. Lewis ¤
Jennifer M. Lobaito *
Rosemary E. Martinson*
Neil Mascolo, Jr.
Adonaid Medina*
Michael Milchan
Joseph P. Muscarella
Miles S. Reiner
Bhalinder L. Rikhye
Lori Shapiro
Matthew Shindell †
Tammy A. Trees
Nicole M. Varisco *
Arthur I. Yankowitz**

Allen Alex †
Zachary Benoit
Giovanna N. Bizzarro †
Theresa A. Bohm
Angela R. Bonica *
Kelly Bronner
Raymond Farrell *
Tyler M. Fiorillo
Jamie Gewurz
Erisa Gjini †
Andrew M. Hansen ●
Lauren P. Ingvoldstad†
Delaney Jones ●
Elen Krut ■
Alexandra Nieto
Kayla Nieves *
Daniel O'Connell * ■
Kara Ognibene *
Samantha Panny
Gunjan Persaud
Emily Phillips *
Alesha N. Powell * **
Veronika Tadros
Claudine Travers
Jesse Wang *
Tyler Weingarten ‡
Christopher Wood †
Samuel Youssof –
Alexandra Zerrillo * **
Spiridoula Zolotas †

Of Counsel
Patricia M. Comblo × ±
Brian DiPentima*
Tricia M. Criscito
Roseann V. Driscoll
Taryn M. Fitzgerald
Joseph D. Furlong
Rani B. Kulkarni
Nicole E. Martone
Christian McCarthy
Seema Palmerson
Bonnie LS. Parente
Carolyn Rankin
Nicole C. Salerno *
Valerie L. Siragusa
Gonzalo Suarez
Deirdre Tobin
Karolina Wiaderna

* Also Admitted to Practice in NJ
** Also Admitted to Practice in CT
*** Also Admitted to Practice in NJ, CT, DC
– Admitted to Practice in NJ
● Also Admitted to Practice in PA
■ Also Admitted to Practice in FL
‡ Also Admitted to Practice in NJ and PA
± Also Admitted to Practice in MA
¤ Admitted in FL
Δ Also Admitted to Practice in Ohio
× Admitted to Practice in CO
† Admission Pending

# MEMO ENDORSED

July 10, 2024

*Via ECF*
Hon. Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> In light of the provisions of the May 29, 2024 scheduling order, the July status conference is postponed to 2:30 PM on Friday Sept. 13, 2024. So Ordered
>
> Louis L. Stanton
> 7/10/24

Re:  *United States Gypsum Company v. Ectek International, Inc. and Ectek Building Materials, Inc.*
Docket No.: 1:23-cv-03459-LLS

Dear Judge Stanton:

We represent the Ectek defendants in the above-referenced action. We are writing to request an adjournment of the July 11, 2024 status conference until October or November or the convenience of the Court in light of the Court's amended scheduling order of May 29, 2024. The parties are currently working on scheduled discovery including documentary discovery due by the end of July. Defendants will furnish a discovery response tomorrow.

Plaintiff counsel also is working to schedule nonparty depositions. Plaintiff counsel, however, does not consent to this application but defendants do not see the conference as necessary or productive tomorrow. If the Court is inclined to proceed, a virtual or telephonic conference may suffice.

Thank you for your consideration in this matter.

Respectfully submitted,

*Gregg D. Weinstock*

Gregg D. Weinstock

GDW:nw
cc:    Plaintiff counsel of record via ECF.