John W. Barker
Gary W. Patterson, Jr.*
Jeffrey R. Nichols*
Mamie Stathatos-Fulgieri
Dylan Braverman
Kiki Chrisomallides*
Scott A. Singer
Gregg D. Weinstock*** ◼ ×
Adam S. Covitt **
Megan A. Lawless‡
Ralph Vincent Morales

Kevin D. Porter
Susan Vari
Brian Andrews
Edward J. Arevalo
Robert Boccio
Dawn Bristol
Gilbert H. Choi
Joshua R. Cohen
Charles K. Faillace ±

Danielle M. Hansen
Matthew J. Hier ◼
Anna Hock
Gemma Kenney ***
Douglas Langholz
Timothy P. Lewis ◵
Jennifer M. Lobaito *
Rosemary E. Martinson*
Neil Mascolo, Jr.
Adonaid Medina*
Michael Milchan
Joseph P. Muscarella
Miles S. Reiner
Bhalinder L. Rikhye
Michael J. Ryan ‡
Matthew Shindell ‡
Tammy A. Trees
Nicole M. Varisco *
Arthur I. Yankowitz**

Allen Alex *
Zachary Benoit
Sabrina Bernstein *
Giovanna N. Bizzarro †
Theresa A. Bohm
Angela R. Bonica *
Kelly Bronner
Raymond Farrell *
Tyler M. Fiorillo
Jamie Gewurz
Erisa Gjini †
Andrew M. Hansen ●
Lauren P. Ingvoldstad†
Delaney Jones ●
Courtney Kennedy †
Rachel McGarry †
Jeremy Moldovan †
Alexandra Nieto
Kayla Nieves ●
Daniel O'Connell * ◼
Kara Ognibene * ◼
Samantha Panny
Gunjan Persaud
Emily Phillips *
Alesha N. Powell * **
Veronika Tadros
Claudine Travers
Jesse Wang ‡
Tyler Weingarten ‡
Christopher Wood †

Samuel Youssof --
Alexandra Zerrillo * **
Spiridoula Zolotas †

*Of Counsel*
Brian DiPentima*
Tricia M. Criscito
Roseann V. Driscoll
Taryn M. Fitzgerald
Joseph D. Furlong
Rani B. Kulkarni
Nicole E. Martone
Christian McCarthy
Seema Palmerson
Bonnie LS. Parente
Carolyn Rankin
Nicole C. Salerno *
Valerie L. Siragusa
Gonzalo Suarez
Karolina Wiaderna

* Also Admitted to Practice in NJ
** Also Admitted to Practice in CT
*** Also Admitted to Practice in NJ, CT, DC
-- Admitted to Practice in NJ
● Admitted to Practice in PA
◼ Also Admitted to Practice in FL
‡ Also Admitted to Practice in NJ and PA
± Also Admitted to Practice in MA
◵ Admitted in FL
Δ Also Admitted to Practice in Ohio
† Admission Pending



# BPN

## Barker Patterson Nichols

### STATHATOS-FULGIERI, BRAVERMAN, CHRISOMALLIDES, SINGER, WEINSTOCK, COVITT, LAWLESS, MORALES

**MEMO ENDORSED**

September 12, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **9/12/24**

*Via ECF*

Hon. Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States Gypsum Company v. Ectek International, Inc. and Ectek Building Materials, Inc.*
Docket No.:  1:23-cv-03459-LLS

Dear Judge Stanton:

We represent the Ectek defendants in the above-referenced action. We are writing to request an ~~Denied~~ adjournment of the September 13, 2024 status conference at the convenience of the Court in light of the Court's amended scheduling order of August 19, 2024. The parties are currently working on scheduled discovery including documentary discovery.

Defendants would like the opportunity to respond to plaintiff motion compel by September 20, 2024.

Defendant also wants to schedule a meet and confer regarding plaintiff discovery responses. Plaintiff counsel does not consent to this application but defendants do not see the conference as necessary or productive tomorrow. If the Court is inclined to proceed, a virtual or telephonic conference may suffice.

Thank you for your consideration in this matter.

*This will be held as part of the Sept. 13 conference.*

Respectfully submitted,
*Gregg D. Weinstock*
Gregg D. Weinstock

*So Ordered*
*Louis L. Stanton*

GDW:nw
cc:   Plaintiff counsel of record via ECF.
9/12/24

300 Garden City Plaza • Suite 100 • Garden City, New York 11530 • Phone: (516) 282-3355 • Fax: (516) 908-4960

*Office Locations in*  WESTCHESTER   MANHATTAN   NEW JERSEY   CONNECTICUT   FLORIDA   PENNSYLVANIA