ORIGINAL

MEMO ENDORSED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/24

UNITED STATES GYPSUM COMPANY

    Plaintiff,

v.

ECTEK INTERNATIONAL, INC. and
ECTEK BUILDING MATERIALS, INC.

    Defendants,

ECTEK INTERNATIONAL, INC. and
ECTEK BUILDING MATERIALS, INC.

    Counter-Plaintiffs,

v.

UNITED STATES GYPSUM COMPANY

    Counter-Defendant

Case No. 1:23-cv-03459-LLS

*Denied, for the reasons stated at the Sept. 13, 2024 conference.*

*So Ordered.*

*Louis L. Stanton*

*Sept. 13, 2024*

## PLAINTIFF UNITED STATES GYPSUM COMPANY'S
## NOTICE OF MOTION TO COMPEL

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, United States Gypsum Company (USG) moves, before this Court, at the United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, for an Order pursuant to Federal Rules of Civil Procedure 26 and 34, and the Local Civil Rules, and with leave granted by Judge Louis L. Stanton on July 19, 2024 (Dkt 55), compelling Defendant Ectek Building Materials, Inc. ("EBM") to respond in full to: 1) Plaintiff's Production Requests 5, 6, 7, 8, 10, 11, 12, 13, and 14 seeking documents related to EBM's communications with IAPMO, QAI Labs, SGS, and any US end user or potential

end user; 2) supplement its answers to Interrogatories 2, 5, 6, and 17, and Requests for Production 2, 15, 16, and 17; and 3) provide dates for EBM's President Wenyi Zhang's deposition.

Dated: July 25, 2024
      New York, New York

/s/ Kelly Jones Howell
Kelly Jones Howell, Esq. (KJH -7804)
**HARRIS BEACH PLLC**
100 Wall Street, 23rd Floor
New York, NY 10005
Telephone: (212) 687-0100
Facsimile: (212) 687-0659
khowell@harrisbeach.com

*Of Counsel*
Michael W. Drumke, Esq. *(Pro Hac Vice)*
T. Allon Renfro, Esq. *(Pro Hac Vice)*
Isabella A. Masini, Esq. (*PHV forthcoming*)
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
(312) 321-0990 fax

*Attorneys for Plaintiff*
*United States Gypsum Company*