ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES GYPSUM COMPANY,

                    Plaintiff,

    v.

ECTEK INTERNATIONAL, INC. and ECTEK
BUILDING MATERIALS, INC.,

                    Defendants.

ECTEK INTERNATIONAL, INC. and ECTEK
BUILDING MATERIALS, INC.,

                    Counter-Plaintiffs,

    v.

UNITED STATES GYPSUM COMPANY,

                    Counter-Defendant.

23 Civ. 3459 (LLS)

ORDER

The Court's October 7, 2025 Order compelled defendants to produce their structural concrete product, Megaboard, in a "reasonable amount necessary to conduct the tests required." Dkt. No. 86. The parties now disagree on what is a reasonable amount and what testing is required. See Dkt. Nos. 97, 98.

It is hereby ORDERED that discovery of Megaboard is limited to four 12" x 12" samples, which appears to be sufficient to conduct the ASTM E136 testing that formed the sole basis of plaintiff's initial request. Plaintiff may select and cut the

- 1 -

four squares from the supply of Megaboard in the United States at its own expense, to include the cost of the wasted panels.

It is additionally ORDERED that defendants shall produce sales documentation responsive to plaintiff's Request No. 15 solely as to clients that construct Type I and II projects.

So ordered.

Dated:  New York, New York
        March 4, 2026

_Louis L. Stanton_
LOUIS L. STANTON
U.S.D.J.
